

June 10, 2021

**VIA E-FILING**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

    Re:    ***XMTT, Inc. v. Intel Corporation***
                 **C.A. No. 18-cv-1810-RGA**

Dear Judge Andrews:

    Enclosed please find the parties' proposed Scheduling Order.  The parties were unable to reach agreement on Paragraph 3, 8, and 11.

    We are available at the Court's convenience should Your Honor have any questions.

                                        Respectfully submitted,

                                        */s/ Brian E. Farnan*

                                        Brian E. Farnan

cc: Counsel of Record (via E-Filing)

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777–0300 · FAX: (302) 777–0301 · WWW.FARNANLAW.COM